# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| Daniel A. Frishberg, | ) |
| *Plaintiff Appellant*, | ) |
| v. | ) Circuit Court Number: 24-11175-H |
| University Of South Florida's Board Of Trustees, | ) District Court #: 8:24-cv-00022-TPB-NHA |
| HRSE-Capstone Tampa, LLC, | ) |
| *Defendant Appelles*, | ) |
|  | ) |

## MOTION TO FILE DOCUMENTS OUT OF TIME

Daniel Frishberg, (the "Appellant") thereby respectfully files this *Motion To File Documents Out Of Time* (the "Motion").

## Introduction

Attached as **Exhibit A** is a certificate stating that there will not be a transcript ordered from the District Court. This Motion should be granted, as the Appellant was instructed to file this Motion, and the certificate, by the Court on May 7th, 2024.

## Argument

The Motion should be granted because it was a minor procedural error on the part of the Appellant. No one is prejudiced by the Appellants error. The Appellant was also instructed to file this Motion, and the attached Certificate.

## **CONCLUSION**

For the aforementioned reasons, this motion should be **GRANTED**.

Respectfully submitted,
*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
May 19, 2024
Santa Clara County, California

**EXHIBIT A:**

## Certificate Stating No Transcript Will Be Ordered

As instructed by the Court, the undersigned hereby certifies that there will not be a transcript ordered for this appeal, from the District Court hearing which was held on January 16th, 2024.

Respectfully Signed,
*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
May 19, 2024
Santa Clara County, California

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT (CIP)

Daniel Frishberg vs. USF Board Of Trustees et. al. Appeal No. 24-11175-H

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

| |
|---|
| Daniel Frishberg (Appellant) |
| HRSE Capstone Tampa LLC et. al. |
| Sacha Dyson/ Bush Graziano Rice & Hearing, P.A. (Appellees' Counsel) |
| The Department of Housing and Urban Development (investigating Appellees currently) |
| The Honorable Judge Thomas P. Barber (Judge in case on appeal). |
| The State of Florida / all subdivisions of it |
| United States of America (since violations of Federal law are alleged/Federal Funding is involved) |
| University Of South Florida et. al. (and their employees) |
| |
| |

## Certificate Of Compliance With Rule 27(d)(2)(A)

The Appellant hereby certifies that this Motion complies with Rule 27(d)(2)(A) as the word count is significantly less than 5,200 words.

*/s/ Daniel A. Frishberg*
Daniel A. Frishberg