# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Daniel A. Frishberg, ) | |
| *Plaintiff Appellant*, ) | |
| v. ) | Circuit Court Number: 24-11175-H |
| University Of South Florida's Board Of Trustees, ) | District Court #: 8:24-cv-00022-TPB-NHA |
| HRSE-Capstone Tampa, LLC, ) | |
| *Defendant Appelles*, ) | |
| ) | |

## MOTION TO CORRECT THE CIP FILING DEFECT

Daniel Frishberg, (the "Appellant") thereby files this *Motion To Correct the CIP Filing Defect* (the "CIP Motion").

## Introduction

The Appellant has filed a CIP[1] form, and this CIP Motion as instructed to do so by the Court on May 7th, 2024. The Appellant had previously failed to file a "standalone" CIP form. This defect has now been corrected.

## Argument

---

[1] The Appellant has not filed a corporate disclosure statement, as he is not a corporation, nor is he associated with one. The Appellant hereby affirms that there is no publicly traded company ticker symbol to file.

The CIP Motion should be granted because it was a minor procedural error on the part of the Appellant. Out of an abundance of caution, the Appellant has included any and all parties that may have an interest in the outcome of the case.

The Plaintiff would like to clarify that The Honorable Judge Thomas P. Barber does not (as far as the Appellant is aware) have any monetary interest[2] in the outcome of this appeal. The Honorable Judge Thomas P. Barber was included in the CIP because he was the trial judge in the case on appeal.

The United States Of America (the "<u>United States</u>") was included because of several factors (1) violations of Federal law are alleged (2) USF receives Federal Funding (3) the United States has an ongoing investigation against USF via the Department of Housing and Urban Development ("<u>HUD</u>").

## **CONCLUSION**

For the aforementioned reasons, this motion should be **GRANTED**.

Respectfully submitted,
*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
May 19, 2024
Santa Clara County, California

---

[2] He presumably has an interest in seeing if his ruling is affirmed or reversed, or a combination of the two.

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Daniel Frishberg vs. USF Board Of Trustees et. al.    Appeal No. 24-11175-H

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

| |
|---|
| Daniel Frishberg (Appellant) |
| HRSE Capstone Tampa LLC et. al. |
| Sacha Dyson/ Bush Graziano Rice & Hearing, P.A. (Appellees' Counsel) |
| The Department of Housing and Urban Development (investigating Appellees currently) |
| The Honorable Judge Thomas P. Barber (Judge in case on appeal). |
| The State of Florida / all subdivisions of it |
| United States of America (since violations of Federal law are alleged/Federal Funding is involved) |
| University Of South Florida et. al. (and their employees) |
| |
| |

3

---

[3] The CIP was included within this filing as it states that it must be included in all filings. The CIP also was filed separately as a "standalone" filing.

## Certificate Of Compliance With Rule 27(d)(2)(A)

The Appellant hereby certifies that this Motion complies with Rule 27(d)(2)(A) as the word count is significantly less than 5,200 words.

*/s/ Daniel A. Frishberg*
Daniel A. Frishberg