# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 20, 2024

Daniel Frishberg
284 MONROE DR
MOUNTAIN VIEW, CA 94040

Appeal Number: 24-11175-H
Case Style: Daniel Frishberg v. University of South Florida Board of Trustees, et al
District Court Docket No: 8:24-cv-00022-TPB-NHA

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

Appellant's motion for leave to file certificate of interested persons out of time is GRANTED.

Clerk's Office Phone Numbers
General Information:      404-335-6100      Attorney Admissions:           404-335-6122
Case Administration:      404-335-6135      Capital Cases:                 404-335-6200
CM/ECF Help Desk:         404-335-6125      Cases Set for Oral Argument:   404-335-6141

MOT-2 Notice of Court Action