CASE NO. 24-11175-H

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DANIEL FRISHBERG

(Plaintiff/Appellant)

vs.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, ET AL.

(Defendants/Appellees)

_____

An Appeal from the United States District Court
for the Middle District of Florida, Fort Myers Division

_____

District Court Docket No. 8:24-cv-00022-TPB-NHA

_____

APPELLEES' MOTION TO FILE CERTIFICATE OF INTERESTED
PERSONS OUT OF TIME

SACHA DYSON
Florida Bar No. 509191
KEVIN M. SULLIVAN
Florida Bar No. 1003812
BUSH GRAZIANO RICE &
HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
(813) 228-7000 (telephone)
(813) 273-0091 (facsimile)
sdyson@bgrhlaw.com;
ksullivan@bgrhlaw.com

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure as well as Eleventh Circuit Rule 26.1-2, the undersigned counsel of record hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Adams, Natalie Hirt, United States Magistrate Judge, Middle District of Florida;

2. Barber, Thomas, United States District Judge, Middle District of Florida;

3. Black, Melissa C., County Court Judge, Thirteenth Judicial Circuit, Hillsborough County, Florida

4. Bush Graziano Rice & Hearing, P.A., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

5. Capstone Development Partners, LLC;

6. Daniel Frishberg, Pro Se Plaintiff/Appellant;

C-1 of 2

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

7. Dyson, Sacha, counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

8. Harrison Street Real Estate Capital LLC;

9. HSRE-Capstone Tampa, LLC, Defendant/Appellee;

10. Sullivan, Kevin M., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees

11. University of South Florida Board of Trustees, Defendant/Appellee;

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellees or their counsel, has any current interest in the outcome of this matter.

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

## **MOTION**

Appellees respectfully requests the Court allow them to file their Certificate of Interested Persons out of time, and in support state:

1. On April 16, 2024, this Court entered the Civil Docketing Notice docketing this appeal.

2. Pursuant to Eleventh Circuit Rule 26.1-1(a)(3), the deadline for Appellees to file its Certificate of Interested Persons ("CIP") was May 14, 2024.

3. On May 1, 2024, counsel for Appellees filed their Appearance of Counsel Forms.

4. On May 7, 2024, this Court entered a Dismissal Notice (Dkt. No. 4) and a Notice of Certificate of Interested Persons (CIP) Deficiency issued to Appellant (Dkt. No. 5). As a result of the Dismissal Notice, Appellees did not believe the filing of a CIP was necessary.

5. On May 16, 2024, the Court entered a Notice of Certificate of Interested Persons (CIP) Deficiency issued to counsel for Appellees, stating that Appellees must file a CIP as well as the instant Motion to file the CIP out of time by May 30, 2024. (Dkt. No. 6).

1

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

6.    In light of the foregoing circumstances, Appellees respectfully submit that they have established good cause for allowing them to file the CIP out of time, which has been submitted timely in accordance with the Court's deficiency notice.

7.    This request for relief is sought in good faith and not to delay this proceeding unnecessarily. Granting this request will not prejudice any party. Counsel for Appellees has conferred with counsel for Appellant, and Appellant "take[s] no position on the motion."

WHEREFORE, Appellees respectfully request the Court to enter an order allowing them to file their CIP out of time.

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared in a proportionally spaced typeface in fourteen-point font of Times New Roman. This motion contains 271 words.

Dated this 30th day of May, 2024

> Respectfully submitted,
>
> <u>*s/Sacha Dyson*</u>
> SACHA DYSON
> Florida Bar No. 509191
> KEVIN M. SULLIVAN
> Florida Bar No. 1003812

2

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

        BUSH GRAZIANO RICE & HEARING, P.A.
        100 S. Ashley Drive, Suite 1400
        Tampa, Florida 33602
        (813) 228-7000 (telephone)
        (813) 273-0091 (facsimile)
        sdyson@bgrhlaw.com;
        ksullivan@bgrhlaw.com
        Attorneys for Appellees

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of May, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

Daniel Frishberg
284 Monroe Drive
Mountain View, CA 94040

Pro Se Plaintiff/Appellee

        s/ Sacha Dyson
        Attorney