CASE NO. 24-11175-H

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DANIEL FRISHBERG

(Plaintiff/Appellant)

vs.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, ET AL.

(Defendants/Appellees)
_____

An Appeal from the United States District Court
for the Middle District of Florida, Fort Myers Division
_____

District Court Docket No. 8:24-cv-00022-TPB-NHA
_____

APPELLEES' RESPONSE TO APPELLANT'S
MOTION TO SIMPLIFY PROCEDURES

SACHA DYSON
Florida Bar No. 509191
KEVIN M. SULLIVAN
Florida Bar No. 1003812
BUSH GRAZIANO RICE &
HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
(813) 228-7000 (telephone)
(813) 273-0091 (facsimile)
sdyson@bgrhlaw.com;
ksullivan@bgrhlaw.com

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure as well as Eleventh Circuit Rule 26.1-2, the undersigned counsel of record hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Adams, Natalie Hirt, United States Magistrate Judge, Middle District of Florida;

2. Barber, Thomas, United States District Judge, Middle District of Florida;

3. Black, Melissa C., County Court Judge, Thirteenth Judicial Circuit, Hillsborough County, Florida

4. Bush Graziano Rice & Hearing, P.A., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

5. Capstone Development Partners, LLC;

6. Daniel Frishberg, Pro Se Plaintiff/Appellant;

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida
Board Trustees, et al.</u>

7.  Dyson, Sacha, counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

8.  Harrison Street Real Estate Capital LLC;

9.  HSRE-Capstone Tampa, LLC, Defendant/Appellee;

10. Sullivan, Kevin M., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees

11. University of South Florida Board of Trustees, Defendant/Appellee;

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellees or their counsel, has any current interest in the outcome of this matter.

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

## **RESPONSE TO MOTION**

In his Motion to Simplify Procedures, Appellant seeks to have the Court remove the requirements that he file an Appendix and submit paper copies of his Brief, the Appendix, and other documents. Appellant provides no basis in law or in fact for this request. He merely states that he "may make a mistake in the Appendix," and that electronic filing is faster and "more eco-friendly/economical" than mailing.

The Eleventh Circuit provides detailed instructions for filing an Appendix on its website. <u>See</u> https://www.ca11.uscourts.gov/briefing-filing-instructions. These instructions include a list of the items that must be included in the Appendix in an appeal in a civil case; instructions regarding the format, color, and quantity; a sample shell Appendix; and a checklist Appellant can use to ensure compliance with the requirements. Additionally, the Eleventh Circuit's rules already reduce the number of copies that a pro se party proceeding in forma pauperis must file, allowing Appellant to file only one paper copy of an Appendix. Appellant provides no adequate reason for the Court to deviate from its standard procedures. While he claims that "[n]o one is prejudiced by this request," Appellant seeks to shift the burden of preparing an Appendix onto Appellees.

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

WHEREFORE, Appellees respectfully request the Court to enter an order denying the Motion.

### CERTIFICATE OF COMPLIANCE

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared in a proportionally spaced typeface in fourteen-point font of Times New Roman. This motion contains 210 words.

Dated this 24th day of June, 2024

                                    Respectfully submitted,

                                    <u>*s/Sacha Dyson*</u>
                                    SACHA DYSON
                                    Florida Bar No. 509191
                                    KEVIN M. SULLIVAN
                                    Florida Bar No. 1003812
                                    BUSH GRAZIANO RICE & HEARING, P.A.
                                    100 S. Ashley Drive, Suite 1400
                                    Tampa, Florida 33602
                                    (813) 228-7000 (telephone)
                                    (813) 273-0091 (facsimile)
                                    [sdyson@bgrhlaw.com](mailto:sdyson@bgrhlaw.com);
                                    ksullivan@bgrhlaw.com
                                    Attorneys for Appellees

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of June, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will

2

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

send a notice of electronic filing to:

Daniel Frishberg
284 Monroe Drive
Mountain View, CA 94040

Pro Se Plaintiff/Appellee

                                              *s/ Sacha Dyson*
                                              Attorney