# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11175

_____

DANIEL A. FRISHBERG,

                                               Plaintiff-Appellant,

*versus*

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
HRSE-CAPSTONE TAMPA, LLC,

                                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00022-TPB-NHA

_____

ORDER:

2                  Order of the Court                  24-11175

      Appellant's "Motion to Simplify Procedures," construed as a motion to suspend the rules as to the filing of requisite paper copies of his initial brief and appendix, is GRANTED.

                                /s/ Kevin C. Newsom
                                UNITED STATES CIRCUIT JUDGE

USCA11 Case: 24-11175     Document: 25     Date Filed: 07/08/2024     Page: 2 of 2