# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11175

_____

DANIEL A. FRISHBERG,

                                             Plaintiff-Appellant,

*versus*

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
HRSE-CAPSTONE TAMPA, LLC,

                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00022-TPB-NHA

_____

2                       Order of the Court                    24-11175

ORDER:

Daniel Frishberg has moved for leave to proceed on appeal *in forma pauperis*. As there are non-frivolous arguments that Frishberg can raise on appeal, his motion is GRANTED. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE