## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 16, 2025

Daniel Frishberg
284 MONROE DR
MOUNTAIN VIEW, CA 94040

Appeal Number: 24-11175-HH
Case Style: Daniel Frishberg v. University of South Florida Board of Trustees, et al
District Court Docket No: 8:24-cv-00022-TPB-NHA

The brief you filed in the referenced appeal is deficient for the reason(s) set forth below.

**Table of Authorities or Citations (with page references).**

Your brief has been conditionally filed, subject to receipt of four (4) copies of the item(s) noted above within **FOURTEEN (14) DAYS** from this date. The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of corrected copies. See 11th Cir. R. 32-3.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

If appellee fails to timely file the required item(s), appellee will not be heard at oral argument unless otherwise ordered by the court. See FRAP 31(c), 11th Cir. R. 42-3(f).

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:     404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument: 404-335-6141

BR-8A Pro Se brief deficiency ltr