**Appeal No. 24-11175-H**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**DANIEL FRISHBERG**

(Plaintiff/Appellant)

vs.

**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, ET AL.**

(Defendants/Appellees)
_____

**An Appeal from the United States District Court
for the Middle District of Florida, Tampa Division**
_____

**District Court Docket No. 8:24-cv-00022-TPB-NHA**
_____

**APPELLEES' MOTION TO FILE THEIR RESPONSE TO APPELLANT'S MOTION FOR RULE 11 SANCTIONS OUT OF TIME**

SACHA DYSON
Florida Bar No. 509191
KEVIN M. SULLIVAN
Florida Bar No. 1003812
BUSH GRAZIANO RICE &
HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
(813) 228-7000 (telephone)
(813) 273-0091 (facsimile)
sdyson@bgrhlaw.com;
ksullivan@bgrhlaw.com

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure as well as Eleventh Circuit Rule 26.1-2, the undersigned counsel of record hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Adams, Natalie Hirt, United States Magistrate Judge, Middle District of Florida;

2. Barber, Thomas, United States District Judge, Middle District of Florida;

3. Black, Melissa C., County Court Judge, Thirteenth Judicial Circuit, Hillsborough County, Florida

4. Bush Graziano Rice & Hearing, P.A., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

5. Capstone Development Partners, LLC;

6. Daniel Frishberg, Pro Se Plaintiff/Appellant;

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida
Board Trustees, et al.</u>

7. Dyson, Sacha, counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees;

8. Harrison Street Real Estate Capital LLC;

9. HSRE-Capstone Tampa, LLC, Defendant/Appellee;

10. Sullivan, Kevin M., counsel for Defendants, University of South Florida Board of Trustees and HRSE-Capstone Tampa, LLC, Defendants/Appellees

11. University of South Florida Board of Trustees, Defendant/Appellee;

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellees or their counsel, has any current interest in the outcome of this matter.

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

## **MOTION**

Appellees respectfully requests the Court allow them to file their Response to Appellant's Motion for Rule 11 Sanctions out of time, and in support state:

1. On January 29, 2025, Appellant filed his Motion for Rule 11 Sanctions. (Dkt. No. 42).

2. Pursuant to Federal Rule of Appellate Procedure 27(a)(3)(A), Appellees' deadline to respond to the Motion was February 10, 2025.

3. The office of Appellees' Counsel inadvertently calendared the response deadline for February 13, 2025, the deadline according to the Florida Rules of Appellate Procedure.

4. The inadvertent error in calendaring the response deadline added three (3) days in which Appellees had to file their response to the Motion.

5. On February 13, 2025, Appellees filed their Response to Appellant's Motion for Rule 11 Sanctions. (Dkt. No. 43).

6. On February 14, 2025, the Court entered a "Notice of no action taken on motion/filing" regarding the Response because no motion to file the Response out of time was filed. (Dkt. No. 44). Upon learning of the mis-calendared date, Appellees immediately filed the instant motion.

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

7.  In light of the foregoing circumstances, Appellees respectfully submit that they have established good cause for allowing them to file the Response to Appellant's Motion for Rule 11 Sanctions out of time.

8.  This request for relief is sought in good faith and not to delay this proceeding unnecessarily. Granting this request will not prejudice any party. Counsel for Appellees has conferred with Appellant, and Appellant opposes the Motion.

WHEREFORE, Appellees respectfully request the Court to enter an order allowing them to file their Response to Appellant's Motion for Rule 11 Sanctions out of time.

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared in a proportionally spaced typeface in fourteen-point font of Times New Roman. This motion contains 272 words.

Dated this 14th day of February, 2025

Respectfully submitted,

<u>s/Sacha Dyson</u>
SACHA DYSON
Florida Bar No. 509191

Case No. 24-11175-H.
<u>Frishberg v. University of South Florida</u>
<u>Board Trustees, et al.</u>

        KEVIN M. SULLIVAN
        Florida Bar No. 1003812
        Bush Graziano Rice & Hearing, P.A.
        100 S. Ashley Drive, Suite 1400
        Tampa, Florida 33602
        (813) 228-7000 (telephone)
        (813) 273-0091 (facsimile)
        sdyson@bgrhlaw.com;
        ksullivan@bgrhlaw.com
        Attorneys for Appellees

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 14th day of February, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

Daniel Frishberg
284 Monroe Drive
Mountain View, CA 94040

Pro Se Plaintiff/Appellee

        <u>s/ Sacha Dyson</u>
        Attorney

3